### (June 12, 1962)

■ (A) James Happell et al., Respondents, v. William Genoese et al., Appellants. (B) Louis Greiss, Respondent, v. Samuel Feldman, Appellant.— [In each action] Motion by appellant for a stay of order, pending appeal therefrom, denied. Ughetta, Acting P. J., Kleinfeld, Christ, Rabin and Hopkins, JJ., concur.

■ Lucille Wasserman, Also Known as Lucille W. Baker, Respondent, v. Jacob Wasserman, Also Known as Jack W. Baker, Appellant.— Motion by appellant for a stay of order awarding alimony *pendente lite* and counsel fee, pending appeal therefrom, granted (1) on condition that appellant perfect the appeal and be ready to argue or submit it at the October Term, beginning October 1, 1962 (appeal ordered on the calendar for said term); and (2) on the further condition that appellant pay to respondent $50 a week on account of the alimony, beginning June 15, 1962. The record and appellant's brief must be served and filed on or before August 27, 1962. The amount here directed to be paid as a condition to the granting of the stay is not intended to affect or influence the trial court in any determination it may make respecting alimony. Ughetta, Acting P. J., Kleinfeld, Christ, Rabin and Hopkins, JJ., concur.

### (June 18, 1962)

■ Stephen L. Angell, Respondent, v. C. H. Landefeld, Jr., Individually and as Trustee, Appellant.— In an action by plaintiff to recover the sum of $576.78 awarded to him by court order in a prior foreclosure action in the Supreme Court, such award having been made to him as the duly appointed receiver in such foreclosure action, for his disbursements and fees and for the disbursements and fees of his attorney therein, the defendant appeals: (1) from an order of the Supreme Court, Westchester County, dated December 26, 1961, which denied his cross motion for summary judgment dismissing the complaint, and which granted plaintiff's motion for summary judgment striking out the answer and directing the entry of judgment; and (2) from the judgment entered December 28, 1961, upon said order, in favor of the plaintiff. Order and judgment affirmed, with $10 costs and disbursements. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hill, JJ., concur.

■ Edward J. Bilanski, Respondent, v. Alfonso Candela, Appellant.— In a negligence action against the driver of an automobile, who fell asleep while driving, to recover damages for personal injuries and for medical expenses sustained by the plaintiff, the owner of the automobile, who was a passenger and asleep some time before and up to the time of the accident, the defendant appeals from a judgment of the Supreme Court, Suffolk County, entered June 8, 1961 upon the jury's verdict after trial, in favor of the plaintiff. Judgment affirmed, with costs. No opinion. Ughetta, Acting P. J., Kleinfeld, Brennan, Hill and Hopkins, JJ., concur.